Westmoreland Chemical and Color Co. *v.* Public
Service Commission et al.

Lawrence County's Appeal.

City of New Castle's Appeal.

Pennsylvania-Ohio Electric Co.'s Appeal.

Appeals, Nos. 53, 54 and 55, March T., 1928, by Lawrence County, New Castle City and Pennsylvania-Ohio Electric Co., from judgment of C. P. Lawrence Co., June T., 1926, No. 71, on verdict for plaintiff, in case of Westmoreland Chemical and Color Co. v. Public Service Commission et al.   Affirmed.

*John P. Lockhart,* for Lawrence Co., appellant.

*Robert M. White,* for City of New Castle, appellant.

*C. H. Akens,* for Pa.-Ohio Electric Co., appellant.

*Clyde Gibson* and *Wm. McElwee, Jr.,* for appellees.

OPINION BY MR. JUSTICE KEPHART, May 21, 1928:
Judgment affirmed on the opinion filed to Nos. 47 and 78, March Term, 1928.